No. 915.

JAMES B. ROBBINS VS. PARISH OF RICHLAND.

The repeal of the law, making the duty of the judge to order a tax to be assessed and collected to pay a judgment against a parish at the same time he renders the judgment, deprives the creditor of one kind of remedy only.

A police jury cannot legally impose a tax beyond the maximum permitted by law.

APPEAL from the District Court for Richland. PARSONS, J.

*Cobb & Gunby* and *Wells* for Plaintiff Appellant. *Liddell & Potts* for Defendant.

DE BLANC, J., rendered the opinion reducing the judgment.